

Mary A. Schott
Clerk of Court

Entered on Docket
February 14, 2024
_____

NVB 3011−1 (12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−23−11283−abl |
| | CHAPTER 13 |
| LEOPOLDO E BOECKH | |
| OLIVA S BOECKH | ORDER GRANTING APPLICATION TO |
| Debtor(s) | DEPOSIT UNCLAIMED FUNDS |

On 2/13/2024, the Trustee filed an Application to Deposit Unclaimed Funds in the above−captioned case. It is hereby ORDERED that the Application is GRANTED.

###